UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

CASE NO.: 9:22-CV-81516-DMM

In the Matter of the Complaint for Exoneration
From or Limitation of Liability by TOWBOAT ONE,
INC. as Owner of one 1999 23-foot aluminum vessel,
Hull Identification No.: SAMA1046H999, Florida
Registration No. FL9227LD

Petitioner.
_____/

**PETITIONER'S MOTION FOR ENTRY OF ORDER APPROVING LETTER OF UNDERTAKING AND ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION WITH MEMORANDUM OF LAW**

Petitioner, TOWBOAT ONE, INC. ("Petitioner"), as Owner of one 1999 23-foot aluminum vessel, Hull Identification No.: SAMA1046H999, Florida Registration No. FL9227LD, by and through its undersigned counsel, and pursuant to Rule F hereby moves this Honorable Court for an Order approving of its Letter of Undertaking and an Order entering a monition and injunction restraining suits, and as grounds therefore the Petitioner would state:

1.  A Petition/Complaint in Admiralty [DE 1] was filed herein on or about September 30, 2022 by TOWBOAT ONE, INC. for exoneration from or limitation of liability, pursuant to 46 U.S.C. §30501 *et. seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any loss, damage, injury or destruction caused by or resulting from an incident involving the above-described vessel as is more fully described in the Petition/Complaint [DE 1].

2. The Complaint [DE 1] states that the value of the Petitioner's interest in the vessel and the pending freight is $50,000.00 as supported by the Affidavit of Value [DE 1-1] of the marine surveyor, Stewart Hutcheson.

3. The Petitioner has filed with the court an *Ad Interim* Stipulation for Value [DE 1-2] of $50,000.00 with the Court as security for the benefits of claimants.

4. In anticipation of the *Ad Interim* Stipulation for Value [DE 1-2] being accepted and entered by the Court, Petitioner has posted a Letter of Undertaking [DE 1-3] from its insurer, the Travelers Insurance Company, in the amount of $50,000.00 as security for the benefit of claimants plus 6% interest from June April 16, 2022, the date of the incident.  Petitioner submits that a Letter of Undertaking [DE 1-3] is an accepted means of providing interim security for potential claimants in a limitation action. *In re Matter of Compania Naviera Marsia S.A.*, 466 F. Supp. 900, 902 (S.D.N.Y. 1979) (explaining that "approved security" includes letters of undertaking from insurers, as "it has been the practice for many years in the maritime industry to accept letters of undertaking given by underwriters, domestic or foreign, in order to avoid the detention of vessels and the expense of posting security in other forms."); *see also In re Gore Marine Corp*, No., 2009 WL 2365882 at 82 (M.D. Fla. 2009).

5. It appears that claims will be made (or have been made) against the Petitioner for losses, damages or injuries alleged to have resulted from events alleged to have occurred involving the vessel described above.

6. Supplemental Rule F (4) directs the Court to issue notice setting the time period for all potential claimants to file their respective claims against the limitation fund, and should they choose to challenge Petitioner's right to limitation or exoneration, to file an Answer to Petitioner's Complaint.

7. Supplemental Rule F (3) states that upon application of the Petitioner, the Court "shall enjoin further prosecution of any action or proceeding against the [Petitioner] with respect to any claim subject to limitation in the action."

8. A proposed Order Approving the Letter of Undertaking and Directing Issuance of Monition and Injunction is attached as "Exhibit A."

9. A Proposed Notice to Claimants of the Complaint for Exoneration from or Limitation of Liability has previously filed as [DE 1-4].

## MEMORANDUM OF LAW

Rule F (4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure states in relevant part:

> [T]he court shall issue a notice to all persons asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the clerk of the court and to serve on the attorneys for the plaintiff a copy thereof on or before a date to be named in the notice . . . The notice shall be published in such newspaper or newspapers as the court may direct once a week for four successive weeks prior to the date fixed for the filing of claims.

Supplemental Rule F (4).

Supplemental Rule F (3) further provides in pertinent part that:

> On application of the plaintiff the court shall enjoin the further prosecution of any action or proceeding against the plaintiff or the plaintiff's property with respect to any claim subject to limitation in the action.

Supplemental Rule F (3).

Petitioner has filed a Petition/Complaint [DE-1] for exoneration from or limitation of liability, an *Ad Interim* Stipulation for Value [DE 1-2] and Affidavit of Value [DE 1-1] and has met all conditions required for entry of the Monition and Injunction. Petitioner will also serve on

all known potential claimants a notice of this action with a copy of the pleadings. At this time, it is believed a claim will be made by the Estate of Robert Dykes.

WHEREFORE, Petitioner having met the requirements of Supplemental Rule F, Local Admiralty Rule F, and 46 U.S.C. § 30501, *et seq.*, hereby requests the following by this motion:

a. That the *Ad Interim* Stipulation for Value in the amount of $50,000.00 plus costs and 6% interest be approved by the Court.

b. That any claimant in these proceedings may, at any future time, signify by written motion, filed with the Court and served on all parties of record, any dissatisfaction with the *Ad Interim* Stipulation of Value, bond amount and costs filed herein.

c. That the Court, on motion subsequently filed by any party, shall cause due appraisement of the value of Petitioner's interest in the vessel and pending freight, and may thereupon order the security increased or reduced if it finds the amount thereof insufficient or excessive; and, on demand, the Court may similarly order such increase or reduction if it finds that such order is necessary to carry out the provisions of 46 U.S.C. §30501 *et. seq.* in respect of loss of life, property, or bodily injury.

d. That the Court issue an Order approving the above-described Letter of Undertaking [DE 1-1] as security for the amount or value of Petitioner's interest in the Vessel until such time the Court may cause due appraisement to be made of the amount of the value of Petitioner's interest in the vessel.

e. That the Court issue a Notice to all persons asserting claims with respect to which the Complaint seeks relief, admonishing them to file their respective claims with the Clerk of this Court and to serve on the attorneys for Petitioner a copy thereof on or before a date to be named in the Notice, and that if any claimant desires to contest either the right to

exoneration from or the right to limitation of liability, they shall file and serve on the attorneys an answer to the Complaint on or before the said date, unless their claim has included an answer so designated.

f. That the Court enjoin the further prosecution of any and all actions, suits, and proceeding already commenced, and the commencement or prosecution thereafter, of any and all actions, suits or proceedings, of any nature or description whatsoever in any jurisdiction against Petitioner, and/or against the Vessel, or against any property of the Petitioner, except in this action, to recover damages for or in respect of any property damages, personal injuries or fatalities caused by or resulting from the aforesaid incident involving the Vessel, or otherwise done, occasioned or incurred as a result of the incident involving the Vessel; and

g. Any other relief that may be just and proper under the circumstances.

Respectfully submitted this 7th day of October 2022.

Respectfully submitted,

Law Offices of Michelle Otero Valdes

s/ Michelle Otero Valdes
Michelle Otero Valdes, B.C.S.
Florida Bar No. 14990
2030 S. Douglas Road, Suite 117
Coral Gables, Florida 33134
Tel: (305) 377 3700
Fax: (786) 580 4671
E-mail: mov@miamimaritimelaw.co
*Attorneys for Towboat One, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Michelle Otero Valdés
Michelle Otero Valdes, B.C.S.