UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81516-CV-MIDDLEBROOKS

IN ADMIRALTY

In the Matter of the Complaint for Exoneration
From or Limitation of Liability by TOWBOAT ONE,
INC. as Owner of one 1999 23-foot aluminum vessel,
Hull Identification No.: SAMA1046H999, Florida
Registration No. FL9227LD

Petitioner.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on United States Magistrate Judge William Matthewman's Report and Recommendations ("Report"), entered April 7, 2023. (DE 58). The Report recommends grant of Petitioner Towboat One, Inc.'s ("TBO") Motion to Consolidate (DE 30), filed on February 17, 2023. On April 12, 2023, Petitioner Christopher McDermott ("McDermott") filed objections to the Report. (DE 59). TBO responded on April 19, 2023. (DE 60).

I have conducted an independent *de novo* review of the Report and the record as a whole. Having carefully considered this record, the briefing on the Parties' objections, and applicable law, I agree with Judge Matthewman's findings and conclusions, and I find that the reasoning in the Report is accurate and thorough.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. McDermott's Objections (DE 59) are **OVERRULED.**

2. Magistrate Judge Matthewman's Report and Recommendation (DE 58) is **ADOPTED.**

3. TBO's Motion to Consolidate (DE 30) is **GRANTED.**

4. The Clerk of Court shall ADMINISTRATIVELY CLOSE Case No. 22-CV-81588 and DENY AS MOOT any pending motions in that matter.

5. All future filings shall be made under Case No. 22-CV-81516 only.

**SIGNED** in Chambers at West Palm Beach, Florida, this 24 day of April, 2023.

Donald M. Middlebrooks
United States District Judge

cc: Magistrate Judge William Matthewman
Counsel of record