**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-81516-CV-MIDDLEBROOKS/MATTHEWMAN

In the Matter of the Complaint for Exoneration
From or Limitation of Liability by TOWBOAT ONE,
INC. as Owner of one 1999 23-foot aluminum vessel,
Hull Identification No.: SAMA1046H999, Florida
Registration No. FL9227LD,

      Petitioner.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on United States Magistrate William Matthewman's

Report and Recommendation ("Report"), entered July 5, 2023 (DE 90). Judge Matthewman's

Report concerns both Claimant's Motion for Order Modifying Injunction (DE 38), filed February

22, 2023, and Petitioner's Motion for Leave to File its Third-Party Complaint or to Reframe the

Parties (DE 62), filed May 8, 2023.  I have conducted an independent *de novo* review of the Report

and record as a whole, including the Limited Objection filed by Claimant, Christopher Dykes (DE

93), on July 12, 2023, and Petitioner Towboat One, Inc.'s Response thereto (DE 94), filed July 19,

2023. Having carefully considered this record, the briefing, and applicable law, I agree with Judge

Matthewman's findings and conclusions, and I find that the reasoning in the Report is accurate

and thorough.

      Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Magistrate Judge William Matthewman's Report & Recommendation (DE 90) is

   **ADOPTED.**

2. Christopher Dykes' Objection (DE 93) is **OVERRULED.**

3. Petitioner's Motion for Leave to File Third-Party Complaint against Christopher

McDermott or Alternatively, Motion to Reframe the Parties (DE 62) is **GRANTED IN PART AND DENIED IN PART**, as set forth in the Report.

4. The Joint Stipulation Reframing the Parties (DE 89-1) is **ADOPTED** and the Parties shall be reframed as stated therein. The **CLERK OF COURT IS DIRECTED** to modify the case caption as set forth in DE 89-1 at pages 5-6 (and only *after* the re-captioning, stay and close the case as directed below).

5. The Motion for Order Modifying Injunction filed by Christopher Dykes as Personal Representative for the Estate of Robert Dykes (DE 38) is **GRANTED IN PART AND DENIED IN PART**, as set forth in the Report.

6. The Stipulations listed at DE 90, pages 7-8, are expressly adopted and approved.

7. This Court's injunction (DE 7) is hereby modified to allow Estate of Dykes to proceed with the filing of a civil action in state court. Moreover, this federal case will be stayed pending the state court's adjudication of Estate of Dykes' claims.

8. During the pendency of the stay, the Parties **SHALL FILE** Joint Status Reports **every 90 days** to inform the Court of the status of the underlying state court proceedings.

9.  Only after the Parties are reframed as set forth in paragraph 3 above, the Clerk of Court is **DIRECTED** to **STAY THIS CASE.**

10. The Clerk of Court shall **ADMINISTRATIVELY CLOSE THIS CASE.**

11. Tow Boat One, Inc. may move to lift the stay and reopen this case at any time if Estate of Dykes is not adhering to the letter of the stipulations.

12. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 14th day of September, 2023.

_____
Donald M. Middlebrooks
United States District Judge

cc:      Magistrate Judge William Matthewman
          Counsel of Record